# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | | CASE NUMBER: |
|---|---|---|
| | Plaintiff(s) | CR  CR 14 00416 |
| v. | | |
| NEAKEIA STARR ELLERBE aka Nekia | | **WARRANT FOR ARREST** |
| | Defendant(s) | **UNDER SEAL** |

## ADDITIONAL DEFENDANT INFORMATION

| RACE: | SEX: | HEIGHT: | WEIGHT: | HAIR: | EYES: | OTHER: |
|---|---|---|---|---|---|---|
| DATE OF BIRTH: **1978** | | | | | | |
| | | SCARS, TATTOOS OR OTHER DISTINGUISHING MARKS: | | | | |
| AUTO YEAR: | AUTO MAKE: | AUTO MODLE: | | AUTO COLOR: | AUTO LICENSE NO. | ISSUING STATE |

**LAST KNOWN RESIDENCE:**

**LAST KNOWN EMPLOYMENT**

**FBI NUMBER:**

**ADDITIONAL INFORMATION:**

| INVESTIGATIVE AGENCY NAME: FBI | INVESTIGATIVE AGENCY ADDRESS: |
|---|---|

NOTES:

---

**WARRANT FOR ARREST**

CR – 12 (07/04)   PAGE TWO

①

FILED

2014 JUL 16 PM 4:55

[clerk stamp, Central District of California, Los Angeles]

BY:_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2014 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>BENNIE HERMAN STORY JR.,<br>　aka "Ben," and<br>NEAKEIA STARR ELLERBE,<br>　aka "Nekia,"<br><br>　　　　Defendants. | CR No. CR 14 00476<br><br>I N D I C T M E N T<br><br>[21 U.S.C. § 846: Conspiracy to Distribute Cocaine Base in the Form of Crack Cocaine; 21 U.S.C. §§ 841(a)(1), (b)(1)(C): Distribution of Cocaine Base in the Form of Crack Cocaine; 18 U.S.C. § 2(a): Aiding and Abetting] |

　　　The Grand Jury charges:

COUNT ONE

[21 U.S.C. § 846]

A.　OBJECT OF THE CONSPIRACY

　　　Beginning on a date unknown, and continuing to at least on or about October 2, 2012, in Los Angeles County, within the Central District of California, and elsewhere, defendants BENNIE HERMAN STORY JR., also known as ("aka") "Ben," NEAKEIA STARR ELLERBE, aka "Nekia," and others known and unknown to the Grand Jury, conspired and agreed with each other to knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base in the

form of crack cocaine ("crack cocaine"), a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

B. **MEANS BY WHICH THE CONSPIRACY WAS TO BE ACCOMPLISHED**

The object of the conspiracy was to be accomplished, in substance, as follows:

1. Defendant ELLERBE would broker crack-cocaine transactions between crack-cocaine customers and defendant STORY, in exchange for a broker fee.

2. Defendant ELLERBE would transport the customers to defendant STORY's residence to execute the crack-cocaine transaction.

3. Defendant STORY would provide crack cocaine to the customers in exchange for cash.

C. **OVERT ACTS**

In furtherance of the conspiracy and to accomplish the object of the conspiracy, on or about the following dates, defendants STORY and ELLERBE, and others known and unknown to the Grand Jury, committed various overt acts within the Central District of California, and elsewhere, including but not limited to the following:

1. On October 2, 2012, defendant ELLERBE met with someone who defendant ELLERBE thought was a crack-cocaine customer, but who was, in fact, a confidential government informant ("CI"), in order to broker a crack-cocaine transaction.

2. On October 2, 2012, defendant ELLERBE called defendant STORY to arrange a crack-cocaine transaction between defendant STORY and the CI.

3. On October 2, 2012, defendant ELLERBE drove the CI to defendant STORY's residence.

4. On October 2, 2012, at defendant STORY's residence, defendant STORY prepared, or "cooked up," approximately 24.2 grams of crack cocaine for the CI.

5. On October 2, 2012, defendant STORY handed the CI a package containing approximately 24.2 grams of crack cocaine, for which the CI paid defendant STORY $1,500.

6. On October 2, 2012, defendant ELLERBE collected a cash fee from the CI for brokering the drug transaction.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(C); 18 U.S.C. § 2(a)]

On or about October 2, 2012, in Los Angeles County, within the Central District of California, defendants BENNIE HERMAN STORY JR., also known as ("aka") "Ben," and NEAKEIA STARR ELLERBE, aka "Nekia," each aiding and abetting the other, knowingly and intentionally distributed a mixture and substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II narcotic drug controlled substance.

A TRUE BILL

/S/
Foreperson

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

KEVIN M. LALLY
Assistant United States Attorney
Chief, Organized Crime Drug
   Enforcement Task Force Section

JENNIFER L. WILLIAMS
Assistant United States Attorney
Deputy Chief, Organized Crime
   Drug Enforcement Task Force
   Section

RYAN H. WEINSTEIN
Assistant United States Attorney
Organized Crime Drug Enforcement
   Task Force Section